**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7541**

---

TOY BURTRON MADDEN,

Plaintiff - Appellant,

versus

CATHERINE C. BLAKE; JOHN MULHOLLAND; LYNNE ANN
BATTAGLIA; JOYCE K. MCDONALD; J. FREDERICK
MOTZ; PARRIS N. GLENDENING; ROBERT RUBIN,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-97-
3313-AMD)

---

Submitted: June 23, 1998          Decided: July 24, 1998

---

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Toy Burtron Madden, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Toy Burtron Madden, a federal inmate, appeals the district court's order denying relief on his civil complaint under 28 U.S.C.A. § 1915(e) (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Madden v. Blake</u>, No. CA-97-3313-AMD (D. Md. Oct. 14, 1997). We deny Madden's several motions for clarification or reconsideration.We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>